UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KOH YOUNG TECHNOLOGY, INC., a South Korean corporation; KOH YOUNG AMERICA, INC., an Arizona corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: SACV 11-00837-CJC(MLGx)<br><br><br><br>JUDGMENT |

In accordance with the Order Granting Petition to Confirm Arbitration Award issued by the Court on August 29, 2012, IT IS ORDERED AND ADJUDGED that the award of the arbitrators dated June 11, 2012 is confirmed.

DATED: August 29, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-1-